No. 83–1429. ALABAMA POWER CO. ET AL. *v.* SIERRA CLUB ET AL. C. A. D. C. Cir. Motions of Procter & Gamble Paper Products Co., Arizona Electric Power Cooperative, Inc., et al., Associated Industries of Alabama, Inc., National Coal Association, and Ohio Mining and Reclamation Association for leave to file

briefs as *amici curiae* granted. JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of these motions.